MAHONING COUNTY BAR ASSOCIATION *v.* THEOFILOS

[Cite as Mahoning Cty. Bar Assn. *v.* Theofilos (1988), 36 Ohio St. 3d 43.]

(D.D. No. 87-12—Decided April 6, 1988.)

*Comstock, Springer & Wilson, Marshall D. Buck* and *W. Terry Patrick,* for relator.

*Richard A. Horning,* for respondent.

*Per Curiam.* This court finds that respondent violated the aforementioned Disciplinary Rule. While we adopt the board's findings, we find that respondent's conduct requires a more severe sanction than that recommended by the board. Accordingly, respondent is hereby ordered suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

HOLMES, J., dissents.

HOLMES, J., dissenting. I must dissent insofar as I would require as condition of reinstatement that the monies and assets received from this estate be returned to those who would otherwise have inherited such assets.